# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| COMPULIFE SOFTWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>BINYOMIN RUTSTEIN a/k/a BEN RUTSTEIN, DAVID RUTSTEIN a/k/a DAVID GORDON a/k/a BOB GORDON a/k/a NATE GOLDEN and JOHN DOES 1 TO 10,<br><br>Defendants. | **CASE NO: 9:16-CV-80808-RLR** |
| COMPULIFE SOFTWARE INC.,<br><br>      Plaintiff,<br><br>v.<br><br>MOSES NEWMAN, DAVID RUTSTEIN, BINYOMIN RUTSTEIN AND AARON LEVY,<br><br>      Defendants. | **CASE NO.: 9:16-cv-81942-RLR** |

**CONSOLIDATED FOR TRIAL**

**NOTICE OF DEPOSITION DESIGNATIONS**

Plaintiff COMPULIFE SOFTWARE, INC., by and through its undersigned counsel, hereby files its Notice of Deposition Designations to be used at trial.

| **Deposition** | **Date** | **Designation** |
|---|---|---|
| Binyomin Rutstein | 11.15.2016 | Page 12:1-4 |
| Binyomin Rutstein | 11.15.2016 | Page 12:19 to 13:5 |

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL 33431

| Deposition | Date | Designation |
|---|---|---|
| Binyomin Rutstein | 11.15.2016 | Page 14:3-16 |
| Binyomin Rutstein | 11.15.2016 | Page 17:3-5 |
| Binyomin Rutstein | 11.15.2016 | Page 18:9-16 |
| Binyomin Rutstein | 11.15.2016 | Page 19:20 – 20:2 |
| Binyomin Rutstein | 11.15.2016 | Page 21:4-20 |
| Binyomin Rutstein | 11.15.2016 | Page 22:2-3 |
| Binyomin Rutstein | 11.15.2016 | Page 24:4-10 |
| Binyomin Rutstein | 11.15.2016 | Page 25:12 to 26:24 |
| Binyomin Rutstein | 11.15.2016 | Page 27:5-7 |
| Binyomin Rutstein | 11.15.2016 | Page 32:1-16 |
| Binyomin Rutstein | 11.15.2016 | Page 35:7 to 36:21 |
| Binyomin Rutstein | 11.15.2016 | Page 37:3-20 |
| Binyomin Rutstein | 11.15.2016 | Page 37:24 to 39:21 |
| Binyomin Rutstein | 11.15.2016 | Page 42:13-16 |
| Binyomin Rutstein | 11.15.2016 | Page 43:1 to 52:19 |
| Binyomin Rutstein | 11.15.2016 | Page 52:20 to 53:18 |
| Binyomin Rutstein | 11.15.2016 | Page 54:25 to 61:20 |
| Binyomin Rutstein | 11.15.2016 | Page 62:1 to 67:21 |
| Binyomin Rutstein | 11.15.2016 | Page 70: to 86:5 |
| Binyomin Rutstein | 11.15.2016 | Page 87:9 to 89:1 |
| Binyomin Rutstein | 11.15.2016 | Page 90:18 to 99:12 |
| Binyomin Rutstein | 11.15.2016 | Page 102:25 to 103:16 |
| Binyomin Rutstein | 11.15.2016 | Page 104:12-25 |
| Binyomin Rutstein | 11.15.2016 | Page 106:15 to 107:11 |
| Binyomin Rutstein | 11.15.2016 | Page 109:23 to 120:18 |
| Binyomin Rutstein | 11.15.2016 | Page 121:3 to 123:14 |
| Binyomin Rutstein | 11.15.2016 | Page 124:21 to 128:21 |

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

| **Deposition** | **Date** | **Designation** |
|---|---|---|
| Binyomin Rutstein | 11.15.2016 | Page 130:21 to 133:24 |
| Aaron Levy | 08.23.2017 | Page 7:9-21 |
| Aaron Levy | 08.23.2017 | Page 8:6-16 |
| Aaron Levy | 08.23.2017 | Page 9:25 to 16:16 |
| Aaron Levy | 08.23.2017 | Page 18:16 to 19:1 |
| Aaron Levy | 08.23.2017 | Page 21:2 to 22:13 |
| Aaron Levy | 08.23.2017 | Page 24:5 to 49:8 |
| Aaron Levy | 08.23.2017 | 49:16 to 51:16 |
| Aaron Levy | 08.23.2017 | Page 53:25 to 56:10 |
| Aaron Levy | 08.23.2017 | Page 57:2 to 59:18 |
| Aaron Levy | 08.23.2017 | Page 60:3 to 67:11 |
| Aaron Levy | 08.23.2017 | Page 68:11-15 |
| Aaron Levy | 08.23.2017 | Page 69:9 to 90:24 |
| Aaron Levy | 08.23.2017 | Page 91:13 to 103:2 |
| Aaron Levy | 08.23.2017 | Page 104:4 to 116:24 |
| Aaron Levy | 08.23.2017 | Page 118:4 to 152:15 |
| Aaron Levy | 08.23.2017 | Page 153:8 to 178:3 |
| Aaron Levy | 08.23.2017 | Page 178:22 to 204:1 |
| Aaron Levy | 08.23.2017 | Page 205:4-17 |
| Aaron Levy | 08.23.2017 | Page 207:13 to 221:14 |
| Aaron Levy | 08.23.2017 | Page 222:11 to 234:17 |
| Anthony Wilson | 04.08.2017 | Page 4:9-11 |
| Anthony Wilson | 04.08.2017 | Page 6:1 to 8:1 |
| Anthony Wilson | 04.08.2017 | Page 29:7 to 30:13 |
| Anthony Wilson | 04.08.2017 | Page 31:21 to 37:8 |
| Anthony Wilson | 04.08.2017 | Page 40:4 to 42:4 |
| Anthony Wilson | 04.08.2017 | Page 42:25 to 43:6 |

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

| **Deposition** | **Date** | **Designation** |
|---|---|---|
| Anthony Wilson | 04.08.2017 | Page 43:25 to 44:7 |
| Anthony Wilson | 04.08.2017 | Page 45:3 to 46:4 |
| Anthony Wilson | 04.08.2017 | Page 47:8 to 48:2 |
| Anthony Wilson | 04.08.2017 | Page 54:6 to 57:19 |
| Anthony Wilson | 04.08.2017 | Page 59:9-17 |
| Anthony Wilson | 04.08.2017 | Page 60:6-19 |
| Anthony Wilson | 04.08.2017 | Page 66:4 to 69:9 |
| Anthony Wilson | 04.08.2017 | Page 71:14-19 |
| Anthony Wilson | 04.08.2017 | Page 77:2-78:15 |
| Anthony Wilson | 04.08.2017 | Page 80:4 to 81:9 |
| Anthony Wilson | 04.08.2017 | Page 82:3 to 86:4 |
| Anthony Wilson | 04.08.2017 | Page 93:18 to 95:5 |
| Anthony Wilson | 04.08.2017 | Page 98:18 to 105:12 |
| Anthony Wilson | 04.08.2017 | Page 112:15 to 113:24 |
| Anthony Wilson | 04.08.2017 | Page 118:1-10 |
| Anthony Wilson | 04.08.2017 | Page 119:1-12 |
| Anthony Wilson | 04.08.2017 | Page 120:3-13 |
| Anthony Wilson | 04.08.2017 | Page 122:2 to 123:2 |
| Anthony Wilson | 04.08.2017 | Page 126:2-19 |
| Anthony Wilson | 04.08.2017 | Page 129:14-19 |
| Anthony Wilson | 04.08.2017 | Page 131:9-13 |
| Anthony Wilson | 04.08.2017 | Page 134:18 to 138:13 |
| Anthony Wilson | 04.08.2017 | Pag 143:8 to 146:15 |
| Anthony Wilson | 04.08.2017 | Page 151:3 to 153:13 |

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

Dated:  September 18, 2017                    Respectfully submitted,

                                                                        */s/Joel B. Rothman*
                                                                        JOEL B. ROTHMAN
                                                                        FL Bar No. 98220
                                                                        joel.rothman@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP PLLC**
4651 N. Federal Hwy
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Compulife Software Inc.*

## CERTIFICATE OF SERVICE

      The undersigned does hereby certify that on September 18, 2017, a true and correct copy of the foregoing document was sent by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                                                       */s/Joel B. Rothman*
                                                                       JOEL B. ROTHMAN

## SERVICE LIST

Ms Allison Friedman
Allison L. Friedman, P.A.
20533 Biscayne Boulevard
Suite 4-435
Miami, FL 33180
ralfriedman@hotmail.com
*Attorney for, David Rutstein (David Gordon, Bob Gordon), Binyomin Rutstein (Ben), Moses Newman and Aaron Levy*