UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

| | |
|---|---|
| COMPULIFE SOFTWARE, INC., | CASE NO.: 09:16-CIV-80808-RLR |
| Plaintiff, | |
| vs. | |
| BINYOMIN RUTSTEIN a/k/a BEN RUTSTEIN, DAVID RUTSTEIN a/k/a DAVID GORDON a/k/a BOB GORDON a/k/a NATE GOLDEN and JOHN DOES | |
| _____ | |
| COMPULIFE SOFTWARE, INC., | CASE NO.: 09:16-CIV-81942-RLR |
| Plaintiff, | |
| vs. | |
| MOSES NEWMAN, AARON LEVY, DAVID RUTSTEIN a/k/a DAVID GORDON a/k/a BOB GORDON a/k/a NATE GOLDEN and BINYOMIN RUTSTEIN a/k/a BEN RUTSTEIN, | |
| Defendants. _____/ | |

**DEFENDANTS' NOTICE OF CROSS-DESIGNATIONS AND OBJECTIONS TO DEPOSITION DESIGNATIONS**

Defendants, BINYOMIN RUTSTEIN, DAVID RUTSTEIN, MOSES NEWMAN and AARON LEVY, file this Notice of Cross-Designations and Objections to Plaintiff's Designations of Depositions:

**CROSS-DESIGNATIONS**

| DEPOSITION | DATE | DESIGNATION |
|---|---|---|
| Anthony Wilson | April 18, 2017 | 46:24-47:7 |
| Anthony Wilson | April 18, 2017 | 48:3-15 |
| Anthony Wilson | April 18, 2017 | 48:25-49:13 |

| | | |
|---|---|---|
| Anthony Wilson | April 18, 2017 | 74:20-72:7 |
| Anthony Wilson | April 18, 2017 | 127:1-129:19 |
| Anthony Wilson | April 18, 2017 | 133:24-134:5 |
| Anthony Wilson | April 18, 2017 | 156:8-13 |
| Binyomin Rutstein | November 15, 2016 | 17:6-18:8 |
| Binyomin Rutstein | November 15, 2016 | 18:17-19:10 |
| Binyomin Rutstein | November 15, 2016 | 123:15-124:20 |

## OBJECTIONS TO DESIGNATIONS

| | | |
|---|---|---|
| Aaron Levy | 41:2-41:11 | Lack of foundation. |
| Aaron Levy | 48:25-49:3 | Misstatement of testimony; argumentative. |
| Aaron Levy | 66:25-67:4 | Misstatement of testimony. |
| Aaron Levy | 85:14-22 | Misstatement of testimony; argumentative. |
| Aaron Levy | 116:19-24 | Misstatement of testimony. |
| Aaron Levy | 119:10-15 | Misstatement of testimony. |
| Aaron Levy | 125:21-25 | Argumentative. |
| Aaron Levy | 128:4-24 | Argumentative. |
| Aaron Levy | 161:6-19 | Misstatement of testimony; assumes facts not in evidence; argumentative. |
| Aaron Levy | 163:11-17 | Misstatement of testimony; assumes facts not in evidence. |
| Aaron Levy | 170:7-11 | Misstatement of testimony; assumes facts not in evidence; argumentative,. |
| Aaron Levy | 170:16-21 | Argumentative; calls for speculation. |
| Aaron Levy | 189:18-25 | Argumentative. |
| Aaron Levy | 197:18-22 | Assumes facts not in evidence; argumentative. |

| | | |
|---|---|---|
| Aaron Levy | 198:12-16 | Assumes facts not in evidence; argumentative. |
| Aaron Levy | 199:14-21 | Assumes facts not in evidence; lack of foundation; calls for speculation; argumentative. |
| Aaron Levy | 201:25-202:6 | Assumes facts not in evidence; lack of foundation; calls for speculation; argumentative. |
| Aaron Levy | 209:13-21 | Misstatement of testimony. |
| Aaron Levy | 213:24-214:6 | Argumentative; calls for speculation; lack of personal knowledge. |
| Aaron Levy | 215:15-20 | Misstatement of testimony; lack of proper foundation. |
| Aaron Levy | 215:23-216:5 | Lack of proper foundation. |
| Aaron Levy | 220:11-17 | Misstatement of testimony; lack of proper foundation. |
| Aaron Levy | 222:18-223:21 | Argumentative. |
| Aaron Levy | 224:6-16 | Argumentative. |
| Aaron Levy | 233:1-15 | Argumentative. |
| Anthony Wilson | 118:1-10 | Lack of foundation; lack of personal knowledge; prejudicial; calls for speculation. |
| Binyomin Rutstein | 38:23-39:1 | Assumes facts no in evidence; lack of foundation. |
| Binyomin Rutstein | 52:20-53:18 | Not relevant. |
| Binyomin Rutstein | 55:23-56:7 | Argumentative. |
| Binyomin Rutstein | 82:24-83:8 | Calls for speculation; lack of personal knowledge. |
| Binyomin Rutstein | 83:13-18 | Calls for speculation; lack of personal knowledge. |
| Binyomin Rutstein | 120:6-9 | Misstatement of testimony; assumes facts not in evidence. |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 20th day of September, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Joel B. Rothman, Esq., Schneider Rothman, 4651 North Federal Highway, Boca Raton, Florida 33431, joel.rothman@sriplaw.com via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                          By: s/ Allison L. Friedman
                                                                 ALLISON L. FRIEDMAN, ESQ.
                                                                 Fla. Bar No. 0055336
                                                                ALLISON L. FRIEDMAN, P.A.
                                                                20533 Biscayne Boulevard, Suite 4-435
                                                                Aventura, Florida 33180
                                                                (305) 905-2679 (Telephone)
                                                                (305) 692-9387 (Facsimile)
                                                                 Ralfriedman@hotmail.com