UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

COMPULIFE SOFTWARE, INC.,                   CASE NO.: 09:16-CIV-80808-RLR

    Plaintiff,

vs.

BINYOMIN RUTSTEIN a/k/a BEN
RUTSTEIN, DAVID RUTSTEIN a/k/a
DAVID GORDON a/k/a BOB GORDON
a/k/a NATE GOLDEN and JOHN DOES

_____

COMPULIFE SOFTWARE, INC.,                   CASE NO.: 09:16-CIV-81942-RLR

    Plaintiff,

vs.

MOSES NEWMAN, AARON LEVY,
DAVID RUTSTEIN a/k/a DAVID
GORDON a/k/a BOB GORDON
a/k/a NATE GOLDEN and BINYOMIN
RUTSTEIN a/k/a BEN RUTSTEIN,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF AMENDED CROSS-DESIGNATIONS AND OBJECTIONS TO DEPOSITION DESIGNATIONS

Defendants, BINYOMIN RUTSTEIN, DAVID RUTSTEIN, MOSES NEWMAN and AARON LEVY, file this Notice of Cross-Designations and Objections to Plaintiff's Designations of Depositions:

**CROSS-DESIGNATIONS**

| DEPOSITION | DATE | DESIGNATION |
|---|---|---|
| Anthony Wilson | April 18, 2017 | 46:24-47:7 |
| Anthony Wilson | April 18, 2017 | 48:3-15 |
| Anthony Wilson | April 18, 2017 | 48:25-49:13 |

| Anthony Wilson | April 18, 2017 | 71:20-72:7 |
| --- | --- | --- |
| Anthony Wilson | April 18, 2017 | 127:1-129:19 |
| Anthony Wilson | April 18, 2017 | 133:24-134:5 |
| Anthony Wilson | April 18, 2017 | 156:8-13 |

**OBJECTIONS TO DESIGNATIONS**

| Aaron Levy | 170:7-11 | Misstatement of testimony; assumes facts not in evidence; argumentative. |
| --- | --- | --- |
| Aaron Levy | 222:18-223:21 | Argumentative. |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 25th day of September, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on Joel B. Rothman, Esq., Schneider Rothman, 4651 North Federal Highway, Boca Raton, Florida 33431, joel.rothman@sriplaw.com via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/ Allison L. Friedman
ALLISON L. FRIEDMAN, ESQ.
Fla. Bar No. 0055336
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Boulevard, Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
(305) 692-9387 (Facsimile)
Ralfriedman@hotmail.com