UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

COMPULIFE SOFTWARE, INC.

Plaintiff,

v.

BINYOMIN RUTSTEIN a/k/a BEN
RUTSTEIN, DAVID RUTSTEIN a/k/a
DAVID GORDON a/k/a BOB GORDON a/k/a
NATE GOLDEN and JOHN DOES 1 TO 10,

Defendants.

**CASE NO:  9:16-CV-80808-RLR**

COMPULIFE SOFTWARE INC.,

   Plaintiff,

v.

MOSES NEWMAN, DAVID RUTSTEIN,
BINYOMIN RUTSTEIN AND AARON
LEVY,

    Defendants.

**CASE NO.:  9:16-cv-81942-RLR**

**CONSOLIDATED FOR TRIAL**

**AMENDED NOTICE OF DEPOSITION DESIGNATIONS**

   Plaintiff COMPULIFE SOFTWARE, INC., by and through its undersigned counsel,

hereby files its Notice of Deposition Designations to be used at trial.

| Deposition | Date | Amended Designation |
|---|---|---|
| Binyomin Rutstein | 11.15.2016 | Page 12:19-23 |
| Binyomin Rutstein | 11.15.2016 | Page 14:3-16 |

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

| **Deposition** | **Date** | **Amended Designation** |
|---|---|---|
| Binyomin Rutstein | 11.15.2016 | Page 18:9-23 |
| Binyomin Rutstein | 11.15.2016 | Page 19:20-23 |
| Binyomin Rutstein | 11.15.2016 | Page 20:18 to 21:10 |
| Binyomin Rutstein | 11.15.2016 | Page 22:2-3 |
| Binyomin Rutstein | 11.15.2016 | Page 24:4-10 |
| Binyomin Rutstein | 11.15.2016 | Page 34:23 to 36:21 |
| Binyomin Rutstein | 11.15.2016 | Page 37:24 – 39:13 |
| Binyomin Rutstein | 11.15.2016 | Page 43:1 to 46:3 |
| Binyomin Rutstein | 11.15.2016 | Page 47:11 to 48:17 |
| Binyomin Rutstein | 11.15.2016 | Page 52:20 to 53:18 |
| Binyomin Rutstein | 11.15.2016 | Page 57:1 – 58:2 |
| Binyomin Rutstein | 11.15.2016 | Page 72:25 to 86:1 |
| Binyomin Rutstein | 11.15.2016 | Page 90:18 to 92:9 |
| Binyomin Rutstein | 11.15.2016 | Page 93:22 to 97:5 |
| Binyomin Rutstein | 11.15.2016 | Page 102:25 to 103:16 |
| Binyomin Rutstein | 11.15.2016 | Page 104:12-25 |
| Binyomin Rutstein | 11.15.2016 | Page 106:15 to 107:11 |
| Binyomin Rutstein | 11.15.2016 | Page 115:6-12 |
| Binyomin Rutstein | 11.15.2016 | Page 115:21 to 116:23 |
| Binyomin Rutstein | 11.15.2016 | Page 118:17-21 |
| Binyomin Rutstein | 11.15.2016 | Page 119:1 to 120:5 |
| Binyomin Rutstein | 11.15.2016 | Page 124:1 to 125:11 |
| Binyomin Rutstein | 11.15.2016 | Page 130:21 to 131:22 |
| Aaron Levy | 08.23.2017 | Page 7:9-21 |
| Aaron Levy | 08.23.2017 | Page 8:6-16 |
| Aaron Levy | 08.23.2017 | Page 12:19 to 16:16 |
| Aaron Levy | 08.23.2017 | Page 22:5-13 |

2

| **Deposition** | **Date** | **Amended Designation** |
|---|---|---|
| Aaron Levy | 08.23.2017 | Page 30:7-23 |
| Aaron Levy | 08.23.2017 | Page 43:6 to 47:5 |
| Aaron Levy | 08.23.2017 | Page 47:20 to 48:19 |
| Aaron Levy | 08.23.2017 | Page 59:15-18 |
| Aaron Levy | 08.23.2017 | Page 60:3-11 |
| Aaron Levy | 08.23.2017 | Page 63:1-17 |
| Aaron Levy | 08.23.2017 | Page 71:12 to 80:5 |
| Aaron Levy | 08.23.2017 | Page 81:13 to 85:11 |
| Aaron Levy | 08.23.2017 | Page 86:4 to 90:24 |
| Aaron Levy | 08.23.2017 | Page 91:13 to 103:2 |
| Aaron Levy | 08.23.2017 | Page 107:7 – 116:24 |
| Aaron Levy | 08.23.2017 | Page 118:9 to 152:15 |
| Aaron Levy | 08.23.2017 | Page 159:17 to 178:3 |
| Aaron Levy | 08.23.2017 | Page 178:22 to 192:13 |
| Aaron Levy | 08.23.2017 | Page 193:14 to 196:25 |
| Aaron Levy | 08.23.2017 | Page 199:24 to 201:8 |
| Aaron Levy | 08.23.2017 | Page 205:4-17 |
| Aaron Levy | 08.23.2017 | Page 208:5 to 221:14 |
| Aaron Levy | 08.23.2017 | Page 222:11 to 223:10 |
| Aaron Levy | 08.23.2017 | Page 223:15 to 234:17 |
| Anthony Wilson | 04.08.2017 | Page 6:1 to 8:1 |
| Anthony Wilson | 04.08.2017 | Page 29:7 to 30:13 |
| Anthony Wilson | 04.08.2017 | Page 31:21 to 37:8 |
| Anthony Wilson | 04.08.2017 | Page 40:4 to 42:4 |
| Anthony Wilson | 04.08.2017 | Page 42:25 to 43:6 |
| Anthony Wilson | 04.08.2017 | Page 45:3 to 46:4 |
| Anthony Wilson | 04.08.2017 | Page 47:8 to 48:2 |

3

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431

| Deposition | Date | Amended Designation |
|---|---|---|
| Anthony Wilson | 04.08.2017 | Page 54:4 to 57:19 |
| Anthony Wilson | 04.08.2017 | Page 59:9-17 |
| Anthony Wilson | 04.08.2017 | Page 60:6-19 |
| Anthony Wilson | 04.08.2017 | Page 66:4 to 69:9 |
| Anthony Wilson | 04.08.2017 | Page 71:14-22 |
| Anthony Wilson | 04.08.2017 | Page 77:2-78:15 |
| Anthony Wilson | 04.08.2017 | Page 80:4 to 81:9 |
| Anthony Wilson | 04.08.2017 | Page 82:3 to 86:4 |
| Anthony Wilson | 04.08.2017 | Page 93:18 to 95:5 |
| Anthony Wilson | 04.08.2017 | Page 98:18 to 105:12 |
| Anthony Wilson | 04.08.2017 | Page 112:15 – 114:12 |
| Anthony Wilson | 04.08.2017 | Page 119:1-12 |
| Anthony Wilson | 04.08.2017 | Page 120:3-13 |
| Anthony Wilson | 04.08.2017 | Page 122:2 to 123:2 |
| Anthony Wilson | 04.08.2017 | Page 125:21 to 126:19 |
| Anthony Wilson | 04.08.2017 | Page 129:14-19 |
| Anthony Wilson | 04.08.2017 | Page 131:9-13 |
| Anthony Wilson | 04.08.2017 | Page 135:16 – 138:3 |
| Anthony Wilson | 04.08.2017 | Page 143:8 to 146:15 |
| Anthony Wilson | 04.08.2017 | Page 151:3 to 152:13 |

Dated:  October 2, 2017                  Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
FL Bar No. 98220
joel.rothman@sriplaw.com

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY
LAW GROUP PLLC
4651 N. Federal Hwy

4

Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Compulife Software Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 2, 2017, a true and correct copy of the foregoing document was sent by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

Ms Allison Friedman
Allison L. Friedman, P.A.
20533 Biscayne Boulevard
Suite 4-435
Miami, FL 33180
ralfriedman@hotmail.com

*Counsel for Defendants*

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
4651 NORTH FEDERAL HIGHWAY
BOCA RATON, FL  33431