**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| COMPULIFE SOFTWARE, INC. <br><br> Plaintiff, <br><br> v. <br><br> BINYOMIN RUTSTEIN a/k/a BEN RUTSTEIN, DAVID RUTSTEIN a/k/a DAVID GORDON a/k/a BOB GORDON a/k/a NATE GOLDEN and JOHN DOES 1 TO 10, <br><br> Defendants. | CASE NO:  9:16-CV-80808-RLR |
| COMPULIFE SOFTWARE INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSES NEWMAN, DAVID RUTSTEIN, BINYOMIN RUTSTEIN AND AARON LEVY, <br><br> Defendants. | CASE NO.:  9:16-cv-81942-RLR |

**CONSOLIDATED FOR TRIAL**

**THIRD AMENDED EXHIBIT LIST**

| **Presiding Judge** | **Plaintiff's Attorney** | **Defendants' Attorney** |
|---|---|---|
| Robin L. Rosenberg | Joel B. Rothman | Allison L. Friedman |
| **Trial Date(s)** | **Court Reporter** | **Courtroom Deputy** |
| September 29, 2017 – | | |

| October 6, 2017 | | |
|---|---|---|
| | | |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 1 | | | | | Consent Order and Settlement Stipulation - David Rutstein State of Florida | Redact Paragraph 3 |
| 3 | | | | | Comparison NAAIP Nate Golden - 05/28/2016 Quote Results | No Objection |
| 4 | | | | | About Page NAAIP - 09/08/2016 | No Objection |
| 5 | | | | | Amended Complaint - First Case 80808 | No Objection |
| 6 | | | | | Defendants Binyomin and David Rutstein's Answer and Affirmative Defenses | No Objection |
| 7 | | | | | Collection of Whois searches for NAAIP.org, Beyondquotes.com, and ablemedicare.com, bestmedicaresupplement.com, medicareaide.com, guaranteed-issue-health-insurance.com, webdesignoffice.us, liberalforum.org, joefloridainsurance.com, | No Objection |
| 8 | | | | | Homepage webdesignoffice.us, liberalforum user david_r, homepage bestmedicaresupplement.com, David Rutstein Mutual of Omaha letter, David Rutstein Humana letter | No Objection |
| 9 | | | | | David Rutstein Mutual of Omaha Letter | No Objection |
| 10 | | | | | David Rutstein Humana letter | No Objection |
| 13 | | | | | Binyomin Rutstein List of Licenses and individual licenses by state | No Objection |
| 14 | | | | | NAAIP insurance contract, foresters life, united health care, assurant health, time insurance, gerber life, golden rule | No Objection |
| 15 | | | | | Email from Brian McSweeney to Bob Barney, David Rutstein cotnact information | No Objection |
| 16 | | | | | Email from Michael Steinhardt to Bob Barney - Following u on naaip.org; | No Objection |
| 17 | | | | | Email from David Rutstein to Bob Barney = FW Discussions with Compulife regarding internet quoting system; | No Objection |
| 18 | | | | | Email from Brian McSweeney to Bob Barney - Update; | No Objection |
| 20 | | | | | Email from Bob Barney to Binyomin Rutstein - Compulife Software, Inc. - OFFER TO SETTLE | No Objection |
| 21 | | | | | Email from David Cheatham to Bob Barney - New Voice Message sent from 5619229287 | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 22 | | | | | IMG Producer Agreement | No Objection |
| 24 | | | | | Email from Brian McSweeney to David Rutstein | No Objection |
| 26 | | | | | Specimen Check for American Web Designers from Brian McSweeney | No Objection |
| 27 | | | | | Spreadsheet of payments made by Brian McSweeney to David Rutstein - Last Page | No Objection |
| 28 | | | | | MBM AWD Agreement represented by David Rutstein | No Objection |
| 30 | | | | | List of policies sold by MBM with splits to AWD | No Objection |
| 31 | | | | | Email from BeyondQuotes.com to Bob Barney - Bob Your Requested Insurance Quotes | No Objection |
| 32 | | | | | Email from Brian McSweeney to Bob Barney - Bob your Requested Insurance Quotes | No Objection |
| 33 | | | | | Email from Brian McSweeney to Bob Barney - FW Bob Your Requested Insuarnce Quotes | No Objection |
| 34 | | | | | email from Brian McSweeney to Bob Barney - Update | No Objection |
| 35 | | | | | Email from Brian McSweeney to David Rutstein - UPDATE | No Objection |
| 36 | | | | | Email from Brian McSweeney to Bob Barney - I think we have a problem beyondquotes.com | No Objection |
| 37 | | | | | Email from Brian McSweeney to Bob Barney - I think we have a problem beyondquotes.com | No Objection |
| 38 | | | | | Email from Brian McSweeney to David Gordon - Compulife | No Objection |
| 39 | | | | | Email from Brian McSweeney to Bob Barney - I think we have a problem beyondquotes.com | No Objection |
| 42 | | | | | Affiliation Agreement between ORG and AWD | No Objection |
| 43 | | | | | Spreadsheet showing payments from ORG to AWD | No Objection |
| 47 | | | | | Email from David Rutstein to Melissa Erwin - [SuranceBay Support Desk] Update:  David Gordn/BeyondQuotes.com | No Objection |
| 48 | | | | | Email from David Rutstein to Melissa Erwin - [SuranceBay Support Desk] Update:  David Gordn/BeyondQuotes.com | No Objection |
| 49 | | | | | Email from David Gordon to Melissa Erwin - Can you get the login to be NAAIP.org/David Gordon | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 55 | | | | | Email from Trina Smith/David Gordon to Brian McSweeney - website access- Brian McSweeney | No Objection |
| 60 | | | | | Email from David Gordon to Melissa Erwin - My direct number has changed to dired: (561)922-7093 - please change on footer | No Objection |
| 64 | | | | | Email from David Gordon to Kimberly Brown - Go to NAAIP back office- and request from Melissa Erwin advance paperwork | No Objection |
| 67 | | | | | Email from David Gordon to Melissa Erwin - as per conversation with Tony this morning (maybe forward to Dustin and others) | No Objection |
| 70 | | | | | Email from David Gordon to Brian McSweeney - Annualization | No Objection |
| 71 | | | | | Email from David Gordon to Melissa Erwin - Kimberly Brown "2nd Request" | No Objection |
| 72 | | | | | Email from David Gordon to Billi Jones - As per conversatin with Tony - I am back on board | No Objection |
| 74 | | | | | Email from David Gordon to Caitlin Wright - Website access - Charles Bryan | No Objection |
| 75 | | | | | Email from David Gordon to Brandon D. Sears - Econtracting Login | No Objection |
| 77 | | | | | Email from David Gordon to Melissa Erwin - the 2 clients of David Jackson | No Objection |
| 79 | | | | | Email from David Gordon to Melissa Erwin - the 2 clients of David Jackson | No Objection |
| 81 | | | | | Email from David Gordon to Melissa Erwin - Contract Request - From One Resource Group Corp. for Banner Life | No Objection |
| 90 | | | | | Email from David Gordon to Billi Jones - Website Access - James Bartlett | No Objection |
| 92 | | | | | Email from David Gordon to Tony wilson - NAAIP News:  Updated life quoter rates / Medicare Advantage Mailers | No Objection |
| 93 | | | | | Email from David Gordon to Tony wilson - NAAIP News:  Updated life quoter rates / Medicare Advantage Mailers | No Objection |
| 102 | | | | | NAAIP Chief Programmer Statement Transcription & Video of Moses Newman | No Objection |
| 103 | | | | | Moses N. Newman Resume | No Objection |
| 104 | | | | | www.slideshare.net/mosesNewman/mosesresumenew Internet printout | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 105 | | | | | Income Statement for the Year Ended 31st December for 2014, 2015, 2016 for Binyomin Rutstein Insurance and for American Web Designers | No Objection |
| 106 | | | | | Notice of Filing Bank of America Documents in Response to Subpoena | No Objection |
| 107 | | | | | Confidential Source Code - Defendants' Infringement | No Objection |
| 108 | | | | | BeyondQuotes quote | No Objection |
| 109 | | | | | Compulife Software, Inc. Company List - September 2010 | No Objection |
| 110 | | | | | LinkedIn listing for David Gordon | Lack Foundation / Relevance |
| 111 | | | | | LinkedIn listing for Moses Newman | Lack Foundation / Relevance |
| 112 | | | | | LinkedIn listing for Benjamin Rutstein | Lack Foundation / Relevance |
| 113 | | | | | Transcirpt of phone call between Bob Barney and Moses Newman | No Objection |
| 114 | | | | | Moses Newman LinkedIn | Lack Foundation / Relevance |
| 115 | | | | | Moses Newman Facebook page | Lack Foundation / Relevance |
| 120 | | | | | Memorandum Order and Opinion - posted at NAAIP website | Lack Foundation / Relevance / Prejudicial |
| 121 | | | | | David Gordon Facebook Page | Lack Foundation / Relevance / Prejudicial |
| 122 | | | | | Audio File 1 | No Objection |
| 123 | | | | | rutsteininterview2.mp3 | No Objection |
| 125 | | | | | Voter Registration and Absentee Ballot Request for Aaron Levy | Relevance |
| 126 | | | | | Photographs of Aaron Levy | Relevance |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 127 | | | | | Aaron Haroon Facebook Account | Relevance |
| 128 | | | | | Email from Jonathan Korin to Bob Barney - David Rutstein is under care of doctor - difficulty traveling | No Objection |
| 129 | | | | | Email from David Rutstein to Bob Barney - Discussions with Compulife regarding internet quoting system | No Objection |
| 130 | | | | | NAAIP Back Office for Matthew Shorter | No Objection |
| 132 | | | | | Michael Rutstein; Eric Savage Commission Statements | No Objection |
| 133 | | | | | Commission statements for numerous agents | No Objection |
| 134 | | | | | Commission statements for numerous agents | No Objection |
| 136 | | | | | beyondquotescompareSept4.pdf | No Objection |
| 137 | | | | | Term4salecompareSept4.pdf | No Objection |
| 138 | | | | | NAAIPnatecompareSept4.pdf | No Objection |
| 139 | | | | | NAAIP Agent Comparison | No Objection |
| 140 | | | | | NAAIP Agent Comparison [New York] | No Objection |
| 141 | | | | | BeyondQuotes comparison [New York] | No Objection |
| 142 | | | | | catchacrookNAAIPfemale40NorthAmerican 450,000 474wrong.pdf | No Objection |
| 143 | | | | | catchacrookbeyondquotesfemale40NorthAmeric an 450000 474 wrong.pdf | No Objection |
| 144 | | | | | BeyondQuotes Comparison [female preferred plus non smoker] | No Objection |
| 145 | | | | | BeyondQuotes Comparison [female preferred plus non smoker NY] | No Objection |
| 146 | | | | | BeyondQuotes Comparison [female preferred plus non smoker NY] | No Objection |
| 147 | | | | | Life insurance quote engine woody woodpecker NAAIP | No Objection |
| 148 | | | | | Woody Woodpecker comparison 9/4/16 | No Objection |
| 149 | | | | | Homepage source code for Tmatteson77 NAAIP agent website | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 150 | | | | | NAAIP Thomas Matteson comparison printout.pdf | No Objection |
| 151 | | | | | Graphs prepared by Jeremiah Kuhn showing trials for Compulife | No Objection |
| 152 | | | | | NAAIP List of Agent/Agency Websites from Davidrutstein.com | No Objection |
| 153a | | | | | Certificate of Registration – Main Source Code 2001 – Txu 1-962-793 | No Objection |
| 153b | | | | | Certificate of Registration – 2001 HTML Source Code – TX 8-106-360 | No Objection |
| 153c | | | | | Certificate of Registration – Main Source Code 2010 – Txu 1-962-792 | No Objection |
| 153d | | | | | Certificate of Registration – 2010 HTML Source Code – TX 8-106-364 | No Objection |
| 156 | | | | | Declaration of Adam Barkow | Hearsay |
| 157 | | | | | Affidavit of Michael Steinhardt - Depends if he attends | No Objection, If Present |
| 158 | | | | | NAAIP Meet the Team | No Objection |
| 159 | | | | | NAAIP Meet the Team | No Objection |
| 160 | | | | | NAAIP Meet the Team | No Objection |
| 161 | | | | | NAAIP Meet the Team | No Objection |
| 162 | | | | | NAAIP Meet the Team | No Objection |
| 164 | | | | | Declaration of Mark Lebovic | No Objection |
| 165 | | | | | NAAIP.org Domain Report | No Objection |
| 166 | | | | | BeyondQuotes.com Domain Report | No Objection |
| 169 | | | | | Binyomin Rutstein Washington License | No Objection |
| 170 | | | | | License Information David Brian Rutstein | Cumulative / Prejudicial |
| 173 | | | | | Declaration of Nancy Miracle | No Objection |
| 175 | | | | | Articles of Organization for AWD | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 176 | | | | | AWD Insurance License | No Objection |
| 177 | | | | | Deposition on Written Questions of Allison Friedman | Lack Relevance / Prejudicial |
| 180 | | | | | Compulife Press Release dated 06.24.2014 | No Objection |
| 181 | | | | | term4sale.com home page with counter | No Objection |
| 182 | | | | | 2017.02.28 term4sale quote | No Objection |
| 185 | | | | | beyondquotes.com Quote | No Objection |
| 186 | | | | | NAAIP agent website Quote | No Objection |
| 190 | | | | | beyondquotes.com Quote 09.14.2016 | No Objection |
| 191 | | | | | term4sale Quote 09.04.2016 | No Objection |
| 192 | | | | | beyondquotes.com Quote 02.28.2017 | No Objection |
| 193 | | | | | term4sale Quote 02.28.2017 | No Objection |
| 200 | | | | | term4sale.com server files | No Objection |
| 201 | | | | | Defendants Binyomin Rutstein and David Rutstein's Certification as to Discovery Pursuant to Court Order | Lack Relevance / Prejudicial |
| 202 | | | | | Whois Report for NAAIP.org | No Objection |
| 203 | | | | | SERIALCODES.xls | No Objection |
| 204 | | | | | About Page for Compulife Quotation System | No Objection |
| 205 | | | | | Bob Barney Notes on Scraping | Lack Foundation |
| 207 | | | | | Declaration of Nancy Miracle | No Objection |
| 227 | | | | | email from Thomas Matteson to Bob Barney.pdf | No Objection |
| 228 | | | | | home page of NAAIP.pdf | No Objection |
| 230 | | | | | email from Bob Barney to Brian McSweeney.PDF | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---------|---------|--------------|--------|----------|------------------------|-----------|
| 235 | | | | | Bob Barney email to self list of NAAIP agent sites.PDF | No Objection |
| 236 | | | | | email from David Gordon "David Gordon" to Bob Barney david@naaip org.pdf | No Objection |
| 237 | | | | | email from Byron Udell to Bob Barney.pdf | No Objection |
| 241 | | | | | term4sale com home page source code from February 1999.pdf | No Objection |
| 243 | | | | | email from Bob Barney to Nathan Collins.pdf | No Objection |
| 249 | | | | | SimilarWeb Traffic Overview term4sale com.pdf | Lack Foundation |
| 250 | | | | | SimilarWeb Traffic Overview naaip org.pdf | Lack Foundation |
| 258 | | | | | David Rutsetin Facebook Page.pdf | Relevance |
| 262 | | | | | enrollment123DavidBRutstein.pdf | Lack Foundation |
| 263 | | | | | changestoTermSamplerhtmlsource2010to2015.doc | No Objection |
| 264 | | | | | NAAIPSecretofourSuccess.pdf | No Objection |
| 265 | | | | | 1070-005MAILING-Barney.pdf | No Objection |
| 269 | | | | | googledavidyoursitewillbenumberone.pdf | Lack Foundation |
| 271 | | | | | Karl Sorton email to Bob Barney recounting David Rutstein threat.PDF | No Objection |
| 272 | | | | | first of 400 hundreds emails sent to term4sale customers by David Gordon.PDF | No Objection |
| 273 | | | | | last of 400 hundreds emails sent to term4sale customers by David Gordon.PDF | No Objection |
| 274 | | | | | Bob Barney email to Joe Capone explaining attack.PDF | No Objection |
| 275 | | | | | Bob Barney email to Don Kalogeris explaining attack.PDF | No Objection |
| 276 | | | | | Bob Barney email to Stephen Miller.PDF | No Objection |
| 277 | | | | | first of hundreds of emails sent by Bob Barney changing admin panel addresses for webquotes.PDF | Violates Order on Motion in Limine |
| 280 | | | | | first of 200 hundreds emails sent to term4sale customers by David Gordon.PDF | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---------|---------|--------------|--------|----------|-----------------------|-----------|
| 281 | | | | | last of 200 hundreds emails sent to term4sale customers by David Gordon.PDF | No Objection |
| 282 | | | | | first of dozens of emails received from customers warned by email of security flaw.PDF | Violates Order on Motion in Limine |
| 283 | | | | | Richard Schaff email to Bob Barney regarding attack.PDF | Violates Order on Motion in Limine |
| 284 | | | | | last of dozens of emails received from customers warned by email of security flaw.PDF | No Objection |
| 286 | | | | | DavidRutsteinfacebook-4746freewebsitestodate.pdf - See # 258 | Relevance |
| 292 | | | | | davidgordoncompareJune19nonsmoker.pdf | No Objection |
| 293 | | | | | beyondquotessourceJune21.pdf | No Objection |
| 297 | | | | | email from Bob Barney to mark at naaip dot org Cease and desist.PDF | No Objection |
| 298 | | | | | email from Bob Barney to David Rutstein Cease and desist.PDF | No Objection |
| 301 | | | | | AgentSignUp-BenRutstein.pdf - 6074 | No Objection |
| 303 | | | | | RutsteinDavidB 201305311053209631.pdf | Violates Order on Motion in Limine |
| 304 | | | | | davidrutsteinDOTcom LicenseINBinyominRutstein.pdf | No Objection |
| 311 | | | | | NAAIPLatestNews.PNG | No Objection |
| 315 | | | | | davidrutsteinDOTcom NAAIPdotORGslashaboutAug272014.pdf | No Objection |
| 316 | | | | | email from Bob Barney to mark at naaip dot org cease and desist.PDF | No Objection |
| 317 | | | | | email from Bob Barney to David Rutstein cease and desists.PDF | No Objection |
| 321 | | | | | NAAIPAgentthathasbeencontactedbyBobSep25th.pdf | No Objection |
| 325 | | | | | VoiceMessage.mp3 | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---------|---------|--------------|--------|----------|----------------------|-----------|
| 329 | | | | | email from Bob Barney to David Rutstein Cease and Desists.PDF | Violates Order on Motion in Limine |
| 331 | | | | | NAAIPpiracyJuly28.pdf | No Objection |
| 349 | | | | | Ben EllisLinkedIN profile.pdf | No Objection |
| 351 | | | | | NAAIP Natecompare.pdf | No Objection |
| 353 | | | | | voice-mail greeting 561-465-4188.mp3 | No Objection |
| 355 | | | | | voice-mail greeting 561-465-4188.mp3 | No Objection |
| 358 | | | | | conference call NAAIP David Rutstein 561-948-6074.mp3 | No Objection |
| 359 | | | | | beyondquotes Brian McSweeney Managing Partner.pdf | No Objection |
| 361 | | | | | David Gordon conference call play at 245 minutes.mp3 | No Objection |
| 362 | | | | | NAAIP David Gordon conference call.doc | No Objection |
| 363 | | | | | NAAIP David Gordon conference call.mp3 | No Objection |
| 368 | | | | | AWD/MBM Agreement | No Objection |
| 369 | | | | | NAAIP David Gordon conference call.doc | No Objection |
| 370 | | | | | NAAIP David Gordon conference call.mp3 | No Objection |
| 377 | | | | | Rutsteininterview.mp3 | Relevance |
| 379 | | | | | NAAIP David Gordon conference call.mp3 | No Objection |
| 380 | | | | | NAAIP David Gordon conference call AUDITED.doc | No Objection |
| 381 | | | | | NAAIP David Gordon conference call.doc | No Objection |
| 383 | | | | | NAAIP Joe David Gordon conference call.mp3 | No Objection |
| 384 | | | | | NAAIP David Gordon conference call.mp3 | No Objection |
| 385 | | | | | NAAIP David Gordon conference call.mp3 | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 386 | | | | | NAAIP David Gordon conference call.mp3 | No Objection |
| 387 | | | | | Page 347-349 Bob Gordon 02-22-2016 11 44 AM RUTSTEINDavidBrianCase115256-11AG Redacted pdf.PDF | Lack Foundation |
| 388 | | | | | Page 350-351 Bob Gordon 02-22-2016 11 44 AM RUTSTEINDavidBrianCase115256-11AG Redacted pdf.PDF | Lack Foundation |
| 391 | | | | | beyondquotes rating summary Protective.pdf | No Objection |
| 392 | | | | | NAAIP rating summary Protective.pdf | No Objection |
| 393 | | | | | beyondquotes rating summary Columbus.pdf | No Objection |
| 394 | | | | | NAAIP rating summary Columbus.pdf | No Objection |
| 395 | | | | | beyondquotes rating summary Lincoln.pdf | No Objection |
| 396 | | | | | NAAIP rating summary Lincoln.pdf | No Objection |
| 405 | | | | | NAAIP conference call.mp3 | No Objection |
| 406 | | | | | uberconference dot com slash naaip.pdf | No Objection |
| 410 | | | | | insurance forums postings by naaipmoses Rutstein.pdf | Lack Foundation |
| 416 | | | | | webdesignoffice us David Rutstein.pdf | No Objection |
| 417 | | | | | webdesignoffice us David Rutstein technologies.pdf | No Objection |
| 418 | | | | | David Rutstein Aaron Levy counterpath support.pdf | No Objection |
| 431 | | | | | call to NAAIP 800-770-0492 by Bob Barney.mp3 | No Objection |
| 432 | | | | | call to beyondquotes 800-960-7702 by Bob Barney.mp3 | No Objection |
| 433 | | | | | 2017 02 01 12 19 04.pdf | No Objection |
| 434 | | | | | Aaron Haroon facebook.pdf | Relevance / Cumulative |
| 436 | | | | | call to David-Gordon 561-440-9245 by Bob Barney.mp3 | No Objection |
| 443 | | | | | David Rutstein 011-972-52-669-4999.mp3 | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 444 | | | | | NAAIP David Gordon conference call.mp3 | No Objection |
| 447 | | | | | Compulife_Customer_Cancels_Jan2013_Jun2017_who_are_NAAIP_customers.xls | No Objection |
| 448 | | | | | 04-10-2015_04_50_PM_BEYONDQUOTES_COM_comparison_printout.pdf | No Objection |
| 455 | | | | | 04-24-2015_04_19_PM_email_from_Bob_Barney_to_David_Rutstein.pdf | No Objection |
| 456 | | | | | 04-30-2015_10_27_AM_Sate_of_Indiana_matter_of_David_Rutstein.pdf | Violates Order on Motion in Limine |
| 469 | | | | | 06-12-2015_08_09_PM_LicenseINBinyominRutstein.pdf | No Objection |
| 470 | | | | | 06-12-2015_08_14_PM_LicenseGABinyominRutstein.pdf | No Objection |
| 471 | | | | | 06-12-2015_08_18_PM_LicenseCOBinyominRutstein.pdf | No Objection |
| 472 | | | | | 06-12-2015_08_21_PM_LicenseMNBinyominRutstein.pdf | No Objection |
| 473 | | | | | 06-12-2015_08_22_PM_LicenseNVBinyominRutstein.pdf | No Objection |
| 474 | | | | | 06-12-2015_08_22_PM_LicenseSDBinyominRutstein.pdf | No Objection |
| 475 | | | | | 06-12-2015_08_25_PM_LicenseUTBinyominRutstein.pdf | No Objection |
| 476 | | | | | 06-12-2015_08_26_PM_LicenseVTBinyominRutstein.pdf | No Objection |
| 477 | | | | | 06-12-2015_09_09_PM_LicenseLABinyominRutstein.pdf | No Objection |
| 478 | | | | | 06-12-2015_09_11_PM_LicenseMEBinyominRutstein.pdf | No Objection |
| 479 | | | | | 06-12-2015_09_35_PM_LicenseNMBinyominRutstein.pdf | Lack Foundation |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 480 | | | | | 06-12-2015_10_11_PM_LicenseWIBinyominRutstein.pdf | No Objection |
| 484 | | | | | Email from Bob Levine to Bob Barney forwarding email/NAAIP bulletin | No Objection |
| 486 | | | | | 05-12-2016_07_58_PM_LicenseAZBinyominRutstein May2016.pdf | No Objection |
| 487 | | | | | 05-05-2017_09_26_PM_David_B_Rutstein_South_Carolina.pdf | Violates Order on Motion in Limine |
| 488 | | | | | 08-30-2017_12_33_PM_Binyomin_Rutstein_OH_license_09-22-2010.pdf | No Objection |
| 493 | | | | | 09-04-2017_10_43_AM_A_David_Rutstein_Company_inactive_09-24-2010.pdf | No Objection |
| 496 | | | | | alfdec.pdf | Prejudicial / Relevance |
| 497 | | | | | Declaration of David Rutstein | No Objection |
| 498 | | | | | naaip.php | No Objection |
| 502 | | | | | 09-21-2017_11_59_pm_naaip_article_42_david_rutstein.pdf | No Objection |
| 503 | | | | | 09-21-2017_11_57_pm_naaip_article_45_david_rutstein.pdf | No Objection |
| 504 | | | | | 09-21-2017_11_56_pm_naaip_article 46_david_rutstein.pdf | No Objection |
| 505 | | | | | 09-21-2017_11_55_pm_naaip_article_47_david_rutstein.pdf | No Objection |
| 506 | | | | | 09-21-2017_11_59_pm_naaip_article_43_david_rutstein.pdf | No Objection |
| 507 | | | | | 09-21-2017_11_58_pm_naaip_article_44_david_rutstein.pdf | No Objection |
| 519 | | | | | EX 2 Wayback Machine printout - term4sale home page - March 15, 2016 | No Objection |
| 520 | | | | | EX 3 Wayback Machine printout - term4sale home page - April 8, 2016 | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---------|---------|--------------|--------|----------|----------------------|-----------|
| 521 | | | | | EX 4 Wayback Machine printout - term4sale home page - September 28, 2016 | No Objection |
| 522 | | | | | EX 5 Wayback Machine printout - term4sale home page - October 28, 2016 | No Objection |
| 523 | | | | | EX 6 Application to Purchase and License Agreement for FEX Quotes | No Objection |
| 524 | | | | | EX 7 email from Bob Barney to Michael Steinhardt thanking him for copy of email requesting corrections to draft affidavit, sent to Michael Hargis lawyer for Compulife | No Objection |
| 525 | | | | | EX 9 Draft Affidate of Michael Steinhardt | No Objection |
| 526 | | | | | EX10 email from Brian McSweeney to Bob Barney clarifying that all communications regarding legal issues go to his attorney | No Objection |
| 527 | | | | | EX 11 emal from Bob Barney to Michael McSweeney advising him to read the transcript of his deposition | No Objection |
| 528 | | | | | EX 12 email chain between Bob Barney and Michael Steinhardt about naaipmoses posting to Insurance Forums where claim made that VAMdb authorized use of Compulife to NAAIP and beyondquotes | No Objection |
| 529 | | | | | EX 13 email chain between Bob Barney and Sam Goldsmith regarding Compulife source code on his website | No Objection |
| 530 | | | | | EX 14 email change between Bob Barney and NAAIP customer Leslie McMillan regarding removal of Life Insurance Quote Engine from NAAIP site | No Objection |
| 532 | | | | | Compulife license agreement, standard license | No Objection |
| 533 | | | | | Compulife license agreement, standard license - archive copy Aug 17, 2010 | No Objection |
| 534 | | | | | Compulife license agreement, personal use license | No Objection |
| 535 | | | | | Compulife license agreement, personal use license - archive copy Jan 31/2010 | No Objection |
| 536 | | | | | Compulife license agreement, intenet engine license | No Objection |
| 537 | | | | | Compulife license agreement, intenet engine license - archive copy Aug 1/2015 | No Objection |
| 538 | | | | | Verified complaint, second case #, | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| 539 | | | | | David Rutstein and Binyomin Rutstein answers in affirmative defends, CASE 9:16-cv-81942RLR | No Objection |
| 540 | | | | | Aaron Levy and Moses Newman answers in affirmative defends, CASE 9:16-cv-81942RLR | No Objection |
| 541 | | | | | Deposit source code - 2001 HTML | No Objection |
| 542 | | | | | Deposit source code - 2010 HTML | No Objection |
| 543 | | | | | Deposit source code - 2001 Main Source Code | No Objection |
| 544 | | | | | Deposit source code - 2010 Main Source Code | No Objection |
| 546 | | | | | Updated Exhibit 151 | Object to Late Notice |
| 547 | | | | | Compulife – New User 2013 – 2017 | Object to Late Notice |
| 548 | | | | | Compulife Licensing Fees Lost from NAAIP Users 2013 – 2017 | Object to Late Notice |
| 549 | | | | | Compulife User Cancels that Match NAAIP User List 2013 – 2017 | Object to Late Notice |
| 550 | | | | | Miracle Demonstrative Exhibit | Object to Late Notice |
| | 1 | | | | Email from David Rutstein to Brian McSweeney and Compulife | No Objection |
| | 2 | | | | Email exchange between Compulife and Eric Savage concerning beyondquotes.com | No Objection |
| | 5 | | | | Email exchange between Compulife and David Rutstein | No Objection |
| | 6 | | | | Email exchange between MBM and Compulife concerning quote engine and leads with copy to David Rutstein | No Objection |
| | 7 | | | | Email exchange between Bob Barney and Eric Savage concerning his account with Compulife | No Objection |
| | 8 | | | | Compulife Certificate of Registration for HTML code | No Objection |
| | 9 | | | | webarchive.org version of term4sale.com from 3/15/15 | No Objection |
| | 10 | | | | webarchive.org version of term4sale.com from 4/8/16 | No Objection |
| | 11 | | | | webarchive.org version of term4sale.com from 9/28/16 | No Objection |
| | 12 | | | | webarchive.org version of term4sale.com from 10/21/16 | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| | 13 | | | | Email exchange between Bob Barney and Michael Steinhardt concerning MBM and David Rutstein | Hearsay |
| | 14 | | | | Affidavit of Michael Steinhardt | No Objection |
| | 15 | | | | Email exchange between Brian McSweeney and Bob Barney concerning cancellation | No Objection |
| | 16 | | | | Compulife licensing agreement with FEX Quotes | No Objection |
| | 17 | | | | Email exchange between Bob Barney and Goldsmith Insurance re: quote engine | No Objection |
| | 18 | | | | Email exchange between Compulife and MBM re: cancellation | No Objection |
| | 19 | | | | Email exchange between Compulife and VamDB | No Objection |
| | 20 | | | | Compulife 2014 Tax Return - 1st page only | No Objection |
| | 21 | | | | Compulife State of Kentucky Limited Liability Entity Tax form for 2014- 1st page | No Objection |
| | 22 | | | | Compulife 2015 Tax Return - 1st page only | No Objection |
| | 23 | | | | Compulife 2016 Tax Return - 1st page only | No Objection |
| | 24 | | | | Compulife State of Kentucky Limited Liability Entity Tax form for 2014- 1st page | No Objection |
| | 25 | | | | Email exchange between Compulife and Joel Williamson concerning penalty for naaip.org website | No Objection |
| | 26 | | | | Email exchange between Compulife and Mike Kimble demanding payment for software | No Objection |
| | 27 | | | | Email exchange between Compulife and Philip Sapp concerning naaip.org website and settlement | No Objection |
| | 28 | | | | Email exchange between Compulife and Davenport insurance concerning piracy | No Objection |
| | 29 | | | | Email from Bob Barney to godaddy.com claiming naaip.org is using trademark | No Objection |
| | 30 | | | | Email exchange between Compulife and AM Best re: naaip.org | No Objection |
| | 31 | | | | Compulife's blast email to naaip.org users | No Objection |
| | 34 | | | | Email exchange between Compulife and RLD Assoc. re: unauthorized use of quote engine | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| | 35 | | | | Email from VamDB to Compulife re: shutting off quote engine | No Objection |
| | 36 | | | | Email from Compulife to VamDB concerning Michael Steinhardt's affidavit | No Objection |
| | 37 | | | | Email exchange between Compulife and VamDB re: stopping quotes to beyondquotes.com | No Objection |
| | 38 | | | | Email exchange between Compulife and VamDB re: shutting of beyondquotes.com and naaip.org access | No Objection |
| | 39 | | | | Email exchange between Compulife and VamDB concerning granting access to beyondquotes.com | No Objection |
| | 40 | | | | Email exchange between Compulife and MBM severing the relationship | No Objection |
| | 41 | | | | Email exchange between Compulife and MBM concerning business with David Rutstein | No Objection |
| | 42 | | | | Email exchange between Compulife and MBM as how to respond to David | No Objection |
| | 43 | | | | Email exchange between Compulife and MBM re: strategy against beyondquotes.com | No Objection |
| | 44 | | | | MBM's response to Compulife re: strategy against beyondquotes.com | No Objection |
| | 45 | | | | Email exchange between Compulife and MBM re: MBM's appearance on beyondquotes.com | No Objection |
| | 46 | | | | MBM's email to David Gordon requesting all MBM information be removed from beyondquotes.com | No Objection |
| | 47 | | | | Email exchange between Compulife and MBM re: licensing agreement accusations | No Objection |
| | 50 | | | | Agreement between AWD and MBM | No Objection |
| | 51 | | | | Email exchange between Robert Barney and Tony Wilson re: ORG's relationship with naaip.org | No Objection |
| | 52 | | | | Email from Robert Barny to Tony Wilson re: how to pressure naaip.org | No Objection |
| | 53 | | | | Email from Tony Wilson re: naaip.org's compliance | No Objection |
| | 54 | | | | Email from Robert Barney responding to Tony Wilson | No Objection |
| | 55 | | | | Email from Robert Barney to Tony Wilson re: publishing the ORG/naaip.org relationship | No Objection |
| | 56 | | | | Email from Robert Barney to Tony Wilson re: letters sent to naaip.org users | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| | 57 | | | | Email from Robert Barney to Tony Wilson re: naaip.org mentioning of ORG | No Objection |
| | 58 | | | | Email from Robert Barney to Tony Wilson re: David Gordon | No Objection |
| | 59 | | | | Email from Robert Barney to Tony Wilson re: lawsuit for software piracy | No Objection |
| | 60 | | | | Email from Tony Wilson to Robert Barney concerning ORG's relationship to naaip.org | No Objection |
| | 61 | | | | Email from Robert Barney to Tony Wilson re: disappointment | No Objection |
| | 62 | | | | Compulife U.S. Customer List | No Objection |
| | 63 | | | | Email exchange between Robert Barney and hugedomains.com re: attempt to purchase naaip.com | Relevance |
| | 64 | | | | Principal Financial Group Term April 2017 Rate Structure | Relevance / Hearsay |
| | 65 | | | | Zip Code Listings for beyondquotes.com | No Objection |
| | 66 | | | | Email from David Rutstein to Compulife re: program | No Objection |
| | 67 | | | | Term4Sale.com's Terms of Use | No Objection |
| | 68 | | | | Naaip.org and beyondquotes.com source code as edited by Moses Newman | No Objection |
| | 69 | | | | Florida CFO Licensee Details for Binyomin Rutstein | No Objection |
| | 70 | | | | List of Binyomin Rutstein's licenses | No Objection |
| | 71 | | | | Whois domain name information for naaip.org | No Objection |
| | 72 | | | | Whois domain name information for naaip.org | No Objection |
| | 73 | | | | Joel Rothman, Esq.'s letter to Texas Dept. F Insurance | Relevance |
| | 74 | | | | Compulife's list of customers who are also customers of naaip.org | No Objection |
| | 75 | | | | Compulife- United States New Prospects | No Objection |
| | 76 | | | | NinjaQuoter.com life insurance quote engine examples | Relevance |
| | 77 | | | | MyQuoteEngine.com quote engine example | Relevance |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---|---|---|---|---|---|---|
| | 78 | | | | Nerdwallet Life Insurance Quote Engine and quotes | Relevance |
| | 79 | | | | Term4Sale.com life insurance quotes | No Objection |
| | 80 | | | | AgentRepublic.com life insurance quotes using ninjaquoter | Relevance |
| | 81 | | | | Compulife.com home screen | No Objection |
| | 82 | | | | Authorized Web Providers page of Compulife.com | No Objection |
| | 83 | | | | Compulife.com Products page | No Objection |
| | 84 | | | | Transcript of telephone call with Eric Savage recorded by Robert Barney | No Objection |
| | 85 | | | | Transcript of telephone call between Robert Barney and ORG | No Objection |
| | 86 | | | | MBM Life Quotes licensing Agreement | No Objection |
| | 87 | | | | Email exchange between Brian McSweeney, naaip.org and ORG | No Objection |
| | 88 | | | | Composite Exhibit of MBM Life Quote commissions through ORG | No Objection |
| | 94 | | | | Email exchange between Robert Barney and Adam Barkow | No Objection |
| | 95 | | | | Email exchange between Robert Barney and Adam Barkow | No Objection |
| | 96 | | | | Email from Robert Barney to Tony Wilson re: Compulife bulletin | No Objection |
| | 97 | | | | Email exchange between Robert Barney and Nathan Collins re: naaip.org | No Objection |
| | 98 | | | | Email exchange between Robert Barney and David Gordon | No Objection |
| | 99 | | | | Email from Robert Barney to naaip.org demanding settlement | No Objection |
| | 100 | | | | Email from Robert Barney to david@naip.org re: demand | No Objection |
| | 101 | | | | Email from Robert Barney to Brian McSweeney | No Objection |
| | 104 | | | | Email exchange between Byron Udell and Robert Barney | Relevance/ hearsay |
| | 108 | | | | Email from Robert Barney to Moses Newman | No Objection |
| | 109 | | | | Email from Robert Barney to Binyomin Rutstein | No Objection |

| PLF No. | DEF No. | Date Offered | Marked | Admitted | Description of Exhibit | Objection |
|---------|---------|--------------|--------|----------|-----------------------|-----------|
|  | 110 |  |  |  | Email from Trina Smith to Tony Wilson and Robert McSweeney | No Objection |
|  | 111 |  |  |  | Composite Exhibit of SPLI Rate Tables | No Objection |

DATED:  October 2, 2017                          Respectfully submitted,


/s/ Joel B. Rothman                                    /s/ Allison L. Friedman
JOEL B. ROTHMAN                                 ALLISON L. FRIEDMAN
Florida Bar No. 98220                              Florida Bar No. 0055336
joel.rothman@sriplaw.com                      ralfriedman@hotmail.com

**SCHNEIDER ROTHMAN INTELLECTUAL**       **ALLISON L. FRIEDMAN, PA**
**PROPERTY LAW GROUP, PLLC**                  20533 Biscayne Boulevard
4651 North Federal Highway                     Suite 4-435
Boca Raton, FL 33431                              Aventura, FL  33180
561.404.4350 – Telephone                        305.905.2679 – Telephone
561.404.4353 – Facsimile                         888.691.1248 – Telephone
*Counsel for Plaintiff*                               305.692.9387 – Facsimile
                                                               *Counsel for Defendants*


## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 2, 2017, a true and correct copy of the foregoing document was sent by electronic mail by the Court's ECF System to all parties listed below on the Service List.

/s/Joel B. Rothman
JOEL B. ROTHMAN


## SERVICE LIST

Allison L. Friedman, Esq.
**ALLISON L. FRIEDMAN, PA**
20533 Biscayne Boulevard
Suite 4-435
Aventura, FL  33180
305.905.2679 – Telephone
888.691.1248 – Telephone

305.692.9387 – Facsimile
[ralfriedman@hotmail.com](mailto:ralfriedman@hotmail.com)
*Counsel for Defendants*