# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-106-360**

Effective Date of Registration:
May 29, 2015

## Title

Title of Work:  2001 HTML SOURCE CODE

## Completion/Publication

Year of Completion:  2001
Date of 1st Publication:  March 01, 2001
Nation of 1st Publication:  United States

## Author

Author:  Christopher Bruner
Author Created:  text, HTML code
Citizen of:  Canada

## Copyright Claimant

Copyright Claimant:  Compulife Software Inc.
1509 Paradise Camp Road, Harrodsburg, KY, 40330
Transfer statement:  By written agreement

## Certification

Name:  Nick Coleman
Date:  May 29, 2015
Applicant's Tracking Number:  1070-006 C

Correspondence:  Yes

**PLAINTIFF'S EXHIBIT**
9:16-cv-80808 & 9:15-cv-81942
**Exhibit # 153 b**

Page 1 of 1

Registration #: *-APPLICATION-*
Service Request #: 1-2427157521

## Mail Certificate

King & Schickli, PLLC
Nick Coleman
247 North Broadway
Lexington, KY 40507 United States

Priority: Routine          Application Date: May 29, 2015

## Correspondent

Organization Name: King & Schickli, PLLC
Name: Nick Coleman
Email: nick@iplaw1.net
Address: 247 North Broadway
Lexington, KY 40507

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** 2001 HTML SOURCE CODE

## Completion/Publication

**Year of Completion:** 2001
**Date of 1st Publication:** March 01, 2001
**Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Bruner
  **Author Created:** text, computer program
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Compulife Software Inc.
1509 Paradise Camp Road, Harrodsburg, KY, 40330
**Transfer statement:** By written agreement

## Certification

**Name:** Nick Coleman
**Date:** May 29, 2015
**Applicant's Tracking Number:** 1070-006 C

Page 1 of 1