# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-106-364**

Effective Date of Registration:
May 29, 2015

## Title

    Title of Work:   2010 HTML SOURCE CODE

## Completion/Publication

    Year of Completion:   2010
    Date of 1st Publication:   January 31, 2010
    Nation of 1st Publication:   United States

## Author

    Author:   Christopher Bruner
    Author Created:   text, HTML code
    Citizen of:   Canada

## Copyright Claimant

    Copyright Claimant:   Compulife Software Inc.
       1509 Paradise Camp Road, Harrodsburg, KY, 40330
    Transfer statement:   By written agreement

## Limitation of copyright claim

    Material excluded from this claim:   text, HTML code
    New material included in claim:   text, HTML code

## Certification

    Name:   Nick Coleman
    Date:   May 29, 2015
    Applicant's Tracking Number:   1070-007 C

---

    Correspondence:   Yes

**PLAINTIFF'S EXHIBIT**
9:16-cv-80808 & 9:15-cv-81942
**Exhibit # 153 d**

Page 1 of 1

Registration #: *-APPLICATION-*
Service Request #: 1-2427287645

## Mail Certificate

King & Schickli, PLLC
Nick Coleman
247 North Broadway
Lexington, KY 40507 United States

Priority: Routine     Application Date: May 29, 2015

## Correspondent

Organization Name: King & Schickli, PLLC
Name: Nick Coleman
Email: nick@iplaw1.net
Address: 247 North Broadway
Lexington, KY 40507

Registration Number
**\*-APPLICATION-\***

## Title

Title of Work: 2010 HTML SOURCE CODE

## Completion/Publication

Year of Completion: 2010
Date of 1st Publication: January 31, 2010
Nation of 1st Publication: United States

## Author

- Author: Christopher Bruner
  Author Created: text, computer program
  Citizen of: Canada

## Copyright Claimant

Copyright Claimant: Compulife Software Inc.
1509 Paradise Camp Road, Harrodsburg, KY, 40330
Transfer statement: By written agreement

## Limitation of copyright claim

Material excluded from this claim: text, computer program

New material included in claim: text, computer program

## Certification

Name: Nick Coleman
Date: May 29, 2015
Applicant's Tracking Number: 1070-007 C