# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| COMPULIFE SOFTWARE, INC.<br><br>Plaintiff,<br><br>v.<br><br>BINYOMIN RUTSTEIN a/k/a BEN RUTSTEIN, DAVID RUTSTEIN a/k/a DAVID GORDON a/k/a BOB GORDON a/k/a NATE GOLDEN and JOHN DOES 1 TO 10,<br><br>Defendants. | **CASE NO: 9:16-CV-80808-RLR** |
| COMPULIFE SOFTWARE INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOSES NEWMAN, DAVID RUTSTEIN, BINYOMIN RUTSTEIN and AARON LEVY,<br><br>Defendants. | **CASE NO.: 9:16-cv-81942-RLR** |

## NOTICE OF ADMITTED EXHIBITS

Plaintiff Compulife Software Inc., by and through its undersigned counsel, hereby submits its list of exhibits admitted during day one of the remand trial, as follows:

| Plaintiff's Exhibits | | | | | Defendants' Exhibits |
|---|---|---|---|---|---|
| 1 | 122 | 165 | 275 | 325 | D 13 |
| 1S | 129 | 166 | 276 | 448 | D 36 |
| 4 | 130 | 169 | 284 | 537 | D 38 |
| 9 | 136 | 203 | 286 | 551 | D 43 |
| 10 | 137 | 236 | 288 | 552 | D 51 |
| 20 | 138 | 251 | 291 | 553 | D 52 |
| 32 | 149 | 253 | 292 | 554 | D 53 |
| 33 | 150 | 254 | 301 | 555 | D 54 |
| 43 | 157 | 262 | 304 | 556 | D 55 |
| 110 | 159 | 272 | 309 |  | D 97 |
| 112 | 160 | 273 | 315 |  | D 99 |
| 114 | 162 | 274 | 321 |  | D 109 |

Dated:  November 16, 2020                    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Compulife Software Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on November 16, 2020, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

> */s/Joel B. Rothman*
> Joel B. Rothman

## **SERVICE LIST**

Ms. Allison Friedman
Allison L. Friedman, P.A.
20533 Biscayne Boulevard
Suite 4-435
Miami, FL 33180
ralfriedman@hotmail.com

Attorney for Defendants